IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DANIEL RANDOLPH, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) ) Case No.: |
| BED BATH & BEYOND INC., a New York corporation, | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, Daniel Randolph ("Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Bed Bath & Beyond Inc. ("Defendant"), a New York corporation, (Plaintiff and Defendant may be referred to herein as the "Parties"), states as follows:

## NATURE OF THE ACTION

1. This is an action for breach of contract brought pursuant to the Court's diversity jurisdiction. In this action, Plaintiff alleges that Defendant has breached its obligations in the Parties' Escrow Agreement (attached as Exhibit A) by refusing to sign a joint written instruction letter to the Escrow Agent to release the funds that are due and payable to Plaintiff.

## JURISDICTION AND VENUE

2. Plaintiff is a natural person and is a citizen of and is domiciled in the State of Florida.

3. Defendant is a corporation, organized and existing under the laws of the State of New York, with its principal place of business in the State of New Jersey. At all relevant times, Defendant was authorized to conduct business in the State of Illinois.

4. In the subject Escrow Agreement, the Parties agreed to the courts in the State of Illinois as the appropriate venue for any action pertaining to the Escrow Agreement. (*See* Ex. A at p. 13, § 10(a)).

5. The Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a), as this action is between citizens of different states and the amount in controversy exceeds $75,000.

6. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to Plaintiff's claim occurred within the Northern District of Illinois.

## BACKGROUND FACTS

7. On or about November 23, 2016, the Parties entered into an Escrow Agreement. (*See* Ex. A).

8. Pursuant to the Escrow Agreement, several escrow funds were created in relation to a purchase agreement among the Parties and certain other entities not pertinent to this Complaint. (*See* Ex. A. at p. 1. Recitals, and at p. 1, § 2).

9. Relevant to this Complaint, Section 2(a) of the Escrow Agreement created a "Special Tax Escrow Amount" in the amount of nine million, ninety-three thousand, five hundred, twenty-six dollars ($9,093,526.00) (the "Escrow Fund"), as security for indemnification obligations in respect to potential unpaid sales taxes relating to the Plaintiff's sale of his business to Defendant. (*See* Ex. A at p. 2, § 2(a)).

10. On the five-year anniversary of the Escrow Agreement, or by November 23, 2021, the Parties agreed to jointly execute and deliver to the Escrow Agent a joint written instruction letter instructing the Escrow Agent to release any remaining portion of the Escrow Fund, together

with all interest, less any amount relating to unpaid sales taxes, to Plaintiff. (*See* Ex. A at p. 8, § 3(d)(ii)).

11. Prior to the Escrow Agreement's five-year anniversary, the Parties agreed to release $291,911 as payment for unpaid sales taxes, leaving a balance in the Escrow Fund of $8,801,615, without interest.

12. The Escrow Agent has informed Plaintiff that the Escrow Fund's current balance, with interest, is $8,912,630.88.

13. Beginning on or about October 7, 2021, Plaintiff's counsel initiated communication with Defendant's representative to coordinate the joint execution of the written instruction letter to the Escrow Agent to release the Escrow Fund to Plaintiff, stating that there were no further unpaid sales taxes due and owing from Plaintiff.

14. On or about November 2, 2021, Defendant's representative confirmed to Plaintiff's counsel that there were no further claims relating to unpaid sales taxes.

15. Despite repeated requests, and the passing of the five-year anniversary of November 23, 2021, Defendant has refused to execute the joint written instruction letter to the Escrow Agent releasing the Escrow Fund to Plaintiff.

## **COUNT I – BREACH OF CONTRACT**

16. Plaintiff incorporates by reference herein paragraphs 1 through 15, as if the same were fully set forth herein.

17. Pursuant to the Escrow Agreement, Section 3(d)(ii), by November 23, 2021, the Defendant agreed to jointly execute and deliver to the Escrow Agent a joint written instruction letter instructing the Escrow Agent to release any remaining portion of the Escrow Fund, together

with all interest, less any amount relating to unpaid sales taxes, to Plaintiff. (See Ex. A at p. 8, § 3(d)(ii)).

18. Plaintiff has complied with his respective obligations contained in the Escrow Agreement.

19. Defendant has breached the Escrow Agreement by failing to jointly execute and deliver said written instruction letter by November 23, 2021.

WHEREFORE, Plaintiff Daniel Randolph seeks a judgment compelling Defendant Bed Bath & Beyond Inc. to execute an appropriate joint written instruction letter directing the Escrow Agent to release the subject Escrow Fund.

## **PRAYER FOR RELIEF**

Plaintiff Daniel Randolph hereby respectfully requests the entry of an order and judgment in its favor and against Defendant Bed Bath & Beyond Inc. as follows:

a. That this Court has jurisdiction over the Parties and the subject matter of this Complaint;

b. That the Defendant shall execute a joint written instruction letter with the Plaintiff, directing the Escrow Against to release the subject Escrow Fund to Plaintiff;

c. That Plaintiff is entitled to an award of its costs; and

d. Such other and further relief as this Court deems just and appropriate.

Dated: December 6, 2021            Respectfully submitted,

                                                           DANIEL RANDOLPH

                                                           By: /s/ *Patrick J. Woytek*
                                                              One of His Attorneys

Patrick J. Woytek (Atty. No. 6256888)
SOSIN, ARNOLD & SCHOENBECK, LTD.
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462
Phone: (708) 448-8141
Fax: (708) 448-8140
E-mail Address: pwoytek@sosinarnold.com