**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DANIEL RANDOLPH,  )<br>  )<br>  Plaintiff,  )<br>  )  Case No.: 21-cv-06510<br>V.  )<br>  )<br>BED BATH & BEYOND INC., a New )<br>York corporation,  )<br>  )<br>  Defendant.  ) | |

## NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Daniel Randolph ("Plaintiff"), by and through his undersigned counsel, submits this Notice and [Proposed] Order of Voluntary Dismissal, respectfully requesting that the above-captioned action be dismissed without prejudice. Plaintiff has not yet served Defendant Bed Bath & Beyond Inc. with process and no answer or other pleading by Defendant has been filed.

Dated:  December 15, 2021          Respectfully submitted,

                                DANIEL RANDOLPH

                                By: /s/ *Patrick J. Woytek*
                                    One of His Attorneys
                                    Patrick J. Woytek (Atty. No. 6256888)
                                    SOSIN, ARNOLD & SCHOENBECK, LTD.
                                    9501 W. 144th Place, Suite 205
                                    Orland Park, Illinois 60462
                                    Phone: (708) 448-8141
                                    E-mail Address:  pwoytek@sosinarnold.com

        IT IS SO ORDERED this _____ day of _____, 2021

                                _____
                                The Honorable John Robert Blakey
                                United States District Judge

Page **1** of **1**